UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 04, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Michael Ferrel, | § |
|     Plaintiff, | § |
| versus | §    Civil Action H-18-688 |
| Southern Tire Mart, LLC, | § |
|     Defendant. | § |

## Final Dismissal

1. On the agreement of the parties, this case is dismissed without prejudice.

2. If re-filed in the United States District Court for the Southern District of Texas, Houston Division, the case will be assigned to Judge Lynn N. Hughes.

Signed on May 4, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge